ACCEPTED
14-15-00376-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/30/2015 3:36:49 PM
CHRISTOPHER PRINE
CLERK

In The

## *Fourteenth Court of Appeals*
——————

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

6/30/2015 3:36:49 PM

CHRISTOPHER A. PRINE
Clerk

No. 14-15-00376-CV
——————

MANUEL AL FRIAS, Appellant

V.

SOVRAN HHF STORAGE HOLDINGS, LLC, Appellee

==============================================================

On Appeal from County Court at Law #2
Harris County, Texas
Trial Court Cause No. 1031244

==============================================================

APPELLANT'S MOTION TO EXTEND TIME TO FILE BRIEF

Appellant Manuel Al Frias and his attorney of record, Thomas E. Ross, files this Motion to Extend Time to File Brief and in support of such motion show unto the Court the following:

1. The Appellant's Brief was due on or about June 29, 2015.

2. Appellant's attorney requests an extension of time until August 21, 2015

3. Appellant's attorney needs additional time to research and present an effective brief.

4. There have been no previous extensions of time granted to file Appellant's brief

WHEREFORE, PREMISES CONSIDERED, Appellant requests this extension of time to file his Brief.

- 1 -

Respectfully submitted,


/S/ Thomas E. Ross
Thomas E. Ross
State Bar No. 17301900
440 Louisiana, Suite 1550
Houston, Texas 77002
Tel 713-951-9008
Fax 713-222-0438
tomross@wt.net


## CERTIFICATE OF SERVICE


I certify that a copy of this Motion to Extend Time to File Brief was served in accordance

with Rule 9.5 of the Texas Rules of Appellate Procedure as follows:

Party:                        Sovran Acquisition Limited Partnership

Attorney of Record:   Jessica Z. Barger

Address of Attorney:  One Riverway, Suite 2200
                              Houston, Texas 77056

Method of Service:     Email:  barger@wrightclose.com

Date of Service:         June 29, 2015


/s/Thomas E. Ross
Thomas E. Ross